FILED

AUG 2 3 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. **4:17CR00377 RLW/NAB** |
| ) | |
| ISRAEL CAMPOS, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges:

On or about July 16, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**ISRAEL CAMPOS,**

the defendant herein, acting with another, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of the Latino Americana Market, 2800 Cherokee Street, St. Louis, Missouri, 63118, a commercial establishment engages in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 1951(a) and 2, and punishable under Title 18, United States Code, Section 1951(a).

### COUNT TWO

The Grand Jury further charges that:

On or about July 16, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**ISRAEL CAMPOS,**

the Defendant herein, acting with another, during and in relation to a crime of violence, namely, the robbery of Latino Americana Market as set forth above in Count One, did use or carry a firearm or in furtherance of that crime of violence did possess a firearm and did brandish one or more firearms.

In violation of Title 18, United States Code, Section 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL.

_____
FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney


_____
RODNEY H. HOLMES, #6244551IL
Assistant United States Attorney